# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff*<br><br>-v-<br><br>MICROSOFT CORPORATION,<br>*Defendant* | § § § § § § § § § § § | W-20-CV-00460-ADA<br>W-20-CV-00462-ADA<br>W-20-CV-00464-ADA |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on March 23, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 23rd day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "[determining / determine] a measure of the plurality of calls"<br><br>('727 Patent, Claims 1, 11)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | "measuring the number and type of calls on the network" | Plain and ordinary meaning |
| "set of resources"<br><br>('727 Patent, Claims, 1, 6, 7, 11, 16)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | "a part of a pool of physical network resources, each capable of handling circuit-switched and packet-switched formats" | Plain-and-ordinary meaning wherein the resources are capable of handling at least circuit-switched and packet-switched circuits. |
| "automatically"/ "automatic"<br><br>('519 Patent, Claims 1, 12)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | Indefinite | Not indefinite. Plain-and-ordinary meaning. |
| "accessing, dynamically, a rule for charging a sponsor of said communication services"<br><br>('758 Patent, Claim 1)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | "selecting in real-time which rule from a set of rules is applicable for charging a sponsor of said communication service" | Plain and ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "a plurality of parameter values including at least one respective value of at least one respective parameter other than an identity of an originator of the request for communication services, an intended recipient of a communication of the requested communication services and an identity of the sponsor"<br><br>('758 Patent, Claims 1, 8)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | "a plurality of parameter values, one of which must be something other than the location/country code of the phone number of an originator of the request for communication services, the location/ country code of the phone number of the intended recipient of a communication of the requested communication services, or the identity of the sponsor" | Plain and ordinary meaning |
| "dynamically determining a rule for charging a sponsor of said communication service"<br><br>('758 Patent, Claims 8, 10)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | "selecting in real-time which rule from a set of rules is applicable for charging a sponsor of said communication service" | Plain and ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "a plurality of parameter values including at least one respective value of at least one respective parameter other than an identity of an originator of a request for the communication service, an intended recipient of a communication of the requested communication service and an identity of the sponsor"<br><br>('758 Patent, Claims 18, 19)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | "a plurality of parameter values, one of which must be something other than the location/country code of the phone number of the recipient of an originator of the request for communication services, the location/ country code of the phone number of the intended recipient of a communication of the requested communication services, or the identity of the sponsor" | Plain and ordinary meaning |
| "a first cost for the usage of said communication service is charged at least partially to said sponsor, by determining a second cost, the second cost depending on said rule and said first cost"<br><br>('758 Patent, Claim 2)<br><br>[Proposed by Defendant] | Plain and ordinary meaning | Indefinite | Not indefinite. Plain-and-ordinary meaning. |