# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **MICROSOFT CORPORATION**, <br><br> *Defendant.* | § CIVIL ACTION 6:20-CV-00454-ADA <br> § CIVIL ACTION 6:20-CV-00456-ADA <br> § CIVIL ACTION 6:20-CV-00457-ADA <br> § CIVIL ACTION 6:20-CV-00458-ADA <br> § CIVIL ACTION 6:20-CV-00460-ADA <br> § CIVIL ACTION 6:20-CV-00461-ADA <br> § CIVIL ACTION 6:20-CV-00462-ADA <br> § CIVIL ACTION 6:20-CV-00463-ADA <br> § CIVIL ACTION 6:20-CV-00464-ADA <br> § CIVIL ACTION 6:20-CV-00465-ADA <br> § <br> § **JURY TRIAL DEMANDED** <br> § <br> § |

## JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Motion to reset the final pretrial conference and trial dates in view of agreed changes in the case schedules memorialized in the Joint Notice Concerning Agreement to Extend Deadlines, filed on January 11, 2022. The Parties seek to align pre-trial proceedings between Civil Action No. 6:20-cv-00463 and Civil Action No. 6:20-cv-00457, to streamline pre-trial proceedings for the Court and the Parties. The Parties have further agreed to adjust the Scheduling Order to afford the Parties more time for the purposes of completing fact depositions in Civil Action Nos. 6:20-cv-00456, -458, -460, -462, and -464. The Parties jointly move the Court to reset the final pretrial conference and trial dates as follows:

1

| Event[1] | Proposed New Date for -454, -461, and -465 cases | Proposed New Date for -456, -458, -460, -462, and -464 cases | Proposed New Date for -457 and -463 cases |
|---|---|---|---|
| Final Pretrial Conference | 6/14/22 | 7/12/22 | 7/26/22 |
| Trial | 6/21/22 | 7/19/22 | 8/2/22 |

DATED: January 11, 2022

/s/ Kalpana Srinivasan

Max L. Tribble, Jr., Bar No. 2021395
mtribble@susmangodfrey.com
Shawn Blackburn, Bar No. 24089989 *(pro hac vice)*
sblackburn@susmangodfrey.com
Bryce Barcelo, Bar No. 24092081*(pro hac vice)*
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan, Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Mark D. Siegmund, Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**

Respectfully submitted,

/s/ Melissa R. Smith

Melissa R. Smith, Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Michael J. Bettinger
mbettinger@sidley.com
Irene Yang
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Richard A. Cederoth
rcederoth@sidley.com
John W. McBride
jwmcbride@sidley.com
**SIDLEY AUSTIN LLP**
1 South Dearborn St.
Chicago, IL 60603

---

[1] The relief requested herein supersedes the relief requested in the Parties' Joint Motion to Reset Pretrial Conference and Trial Dates, filed on September 15, 2021 and/or December 3, 2021, and thereby moots the relief sought in those motions. *See* -454 Case (Dkt. Nos. 92 & 109), -456 Case (Dkt. Nos. 79 & 96), -457 Case (Dkt. Nos. 68 & 84), -458 Case (Dkt. Nos. 79 & 97), -460 Case (Dkt. Nos. 80 & 97), -461 Case (Dkt. Nos. 79 & 96), -462 Case (Dkt. Nos. 80 & 97), -463 (Dkt. No. 73), -464 Case (Dkt. Nos. 79 & 96), and -465 Case (Dkt. Nos. 78 & 94).

| | |
|---|---|
| 8416 Old McGregor Rd.<br>Waco, TX 76712<br>Tel: (254) 651-3690 | Tel: (312) 853-7000<br>Fax: (312) 853-7036 |
| ***ATTORNEYS FOR WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT*** | ***ATTORNEYS FOR MICROSOFT CORPORATION*** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on January 11, 2022.

      /s/ *Melissa R. Smith*
      Melissa R. Smith