# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**, <br><br>*Plaintiff,*<br><br>v.<br><br>**MICROSOFT CORPORATION**,<br><br>*Defendant.* | § CIVIL ACTION 6:20-CV-00454-ADA <br> § CIVIL ACTION 6:20-CV-00456-ADA <br> § CIVIL ACTION 6:20-CV-00457-ADA <br> § CIVIL ACTION 6:20-CV-00458-ADA <br> § CIVIL ACTION 6:20-CV-00460-ADA <br> § CIVIL ACTION 6:20-CV-00461-ADA <br> § CIVIL ACTION 6:20-CV-00462-ADA <br> § CIVIL ACTION 6:20-CV-00463-ADA <br> § CIVIL ACTION 6:20-CV-00464-ADA <br> § CIVIL ACTION 6:20-CV-00465-ADA <br> § <br> § **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

The Court, having considered the Joint Motion to Reset Pretrial Conference and Trial Dates, hereby ORDERS that the motion is GRANTED.

For Civil Action Nos. 6:20-cv-00454, -461, and -465, the final pretrial conference is reset to June 14, 2022 and trial is reset to June 21, 2022.

For Civil Action Nos. 6:20-cv-00-456, -458, -460, -462, and -464, the final pretrial conference is reset to July 12, 2022 and trial is reset to July 19, 2022.

For Civil Action Nos. 6:20-cv-00457 and 6:20-cv-00463, the final pretrial conference is reset to July 26, 2022 and trial is reset to August 2, 2022.

SIGNED this _____ day of _____ 2022.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE